IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NILA L.  FISK                                                                                    PLAINTIFF

V.                                          NO.  3:05CV00134 JWC

JO ANNE B. BARNHART,                                                         DEFENDANT
Commissioner, Social
Security Administration


JUDGMENT

Pursuant to the Memorandum Opinion and Order filed this date, judgment is entered

affirming the final decision of the Commissioner and dismissing this case with prejudice;

the relief sought is denied.

IT IS SO ORDERED this 26th day of September, 2006.


_____
UNITED STATES MAGISTRATE JUDGE